IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANTAE PAYNE,<br><br>  *Plaintiff*,<br><br>v.<br><br>DEUTSCHE TELEKOM<br>d/b/a T-MOBILE USA, INC.,<br><br>  *Defendant.* | Case No. 1:20-cv-02297-JMS-TAB<br><br>The Honorable Jane Magnus-Stinson<br><br>Magistrate Judge Tim A. Baker |

## NOTICE OF DISMISSAL WITH PREJUDICE

The above titled action is hereby dismissed with prejudice and on the merits in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear its own fees and costs.

*Counsel for Plaintiff Shantae Payne*

/s/ _David M. Marco_
David M. Marco
**SmithMarco, P.C.**
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Ph:   (312) 546-6539
Fax: (888) 418-1277
dmarco@smithmarco.com

## CERTIFICATE OF SERVICE

I certify that on March 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send such notification to all counsel of record.

By:   s/ David M. Marco
   Attorney for Plaintiff