IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANTAE PAYNE,<br><br>        *Plaintiff,*<br><br>v.<br><br>DEUTSCHE TELEKOM<br>d/b/a T-MOBILE USA, INC.,<br><br>        *Defendant.* | Case No. 1:20-cv-02297-JMS-TAB<br><br>The Honorable Jane Magnus-Stinson<br><br>Magistrate Judge Tim A. Baker |

### **ORDER**

This matter comes before the Court on Plaintiff's Notice of Dismissal with Prejudice.

This case is dismissed with Prejudice [18].

**IT IS HEREBY ORDERED:**

Date: 3/29/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

*Service shall be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.*